AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) ) |
| *Defendant* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TAG Corral, LLC
Guillermo Perales
2908 Clinton Ave.
Fort Worth, Texas 76106-5835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  TAG CorrAl, LLC
was received by me on *(date)*   3-11-16 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Guillermo Perales , who is
designated by law to accept service of process on behalf of *(name of organization)*  TAG CorrAl, LLC,
5707 Crowley Rd, Ft North, Tx 76134 on *(date)*  3-12-16  ; or At 5:45 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  3-14-16                    _Kenneth Daniel_
                                   *Server's signature*

                         Kenneth Daniel, SCH 9190
                                   *Printed name and title*

                         7608 Willowood Ct, Ft Worth, Tx 76112
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

_____

*Plaintiff*

v.

Golden Restaurants, Inc., et al.

.... ....

*Defendant*

Civil Action No.  3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  McMullen Pop, LLC
Guillermo Perales
2908 Clinton Ave.
Fort Worth, Texas 76106-5835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __3-7-16__

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  McMullen Pop, LLC
was received by me on *(date)*  3-11-16

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Guillermo Perales _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  McMullen Pop, LLC
5707 Crowley Rd, Ft Worth, TX 76134 on *(date)*  3-12-6 _____ : at 5:45 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  3-14-16

_____
*Server's signature*

Kenneth Daniel, SCH 9190
*Printed name and title*

7608 Willowood Ct, Ft Worth, TX 76112
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Evanston Insurance Company, et al. | ) | |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Indy Corral, LLC
Registered Agent, Corporate Creations Network Inc.
105 E. Jefferson Blvde., #800
South Bend, IN 46601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 3-7-16

*Signature of Clerk or Deputy Clerk*

Case 3:16-cv-00209-K   Document 34   Filed 03/07/16   Page 26 of 50   PageID 203

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  INDY CORRAL, LLC
was received by me on *(date)*  3-8-16

    ☐ I personally served the summons on the individual at *(place)*

    _____  on *(date)*  _____  ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

    _____ , a person of suitable age and discretion who resides there,

    on *(date)*  _____ , and mailed a copy to the individual's last known address; or

    ☒ I served the summons on *(name of individual)*  JEFF FREERS                          , who is
    designated by law to accept service of process on behalf of *(name of organization)*  INDY CORRAL, LLC
    CORPORATE CREATIONS NETWORK      on *(date)*  3-8-16      ; or at 10:27 AM

    ☐ I returned the summons unexecuted because  _____  ; or

    ☐ Other *(specify):*


    My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00

    I declare under penalty of perjury that this information is true.

Date:  3-10-16                                       _Dona R Grott_
                                               *Server's signature*

                                 DONALD GROTT
                                    *Printed name and title*


                          @788 E. 50 N., MILL CREEK, IN., 46365
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al. )
)
_____ )
*Plaintiff* )
)   Civil Action No.  3:16-cv-0209-K
v. )
)
Golden Restaurants, Inc., et al. )
)
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Houston Corral, LLC
Registered Agent, Guillermo Perales
2661 Midway Rd., #224
Carrollton, Texas 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  *3-7-16*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Houston Corral, LLC

was received by me on *(date)* 3-11-16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Guillermo Perales , who is

designated by law to accept service of process on behalf of *(name of organization)* Houston Corral, LLC

5707 Crowley Rd, Ft Worth, Tx 76134 on *(date)* 3-12-16 ; on at 5:45 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/14/16

Kenneth Daniel
*Server's signature*

Kenneth Daniel, SCH9190
*Printed name and title*

7608 Willowood Ct, Ft Worth, Tx 76118
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

*Plaintiff*

v.

Golden Restaurants, Inc., et al.

*Defendant*

Civil Action No.   3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Fries Restaurant Management, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fries Restaurant Management LLC

was received by me on *(date)* 3/8/16 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diana Rivera , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027 on *(date)* 3/9/16 10:50 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/9/16

*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No.  3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Firebrand Properties, LP
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Firebrand Properties LP
was received by me on *(date)*        3/8/16

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*        Diana Rivera        , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc
4265 San Felipe St. #1100, Houston, TX 77027        on *(date)*   3/9/16 10:50 am   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:     3/9/16

                                    *Server's signature*

                        Gary Hodges: Process Server, SCH10081 Exp 12/31/18
                                    *Printed name and title*
                                    P.O. Box 941193
                                    Houston, TX 77094

                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

*Plaintiff*

v.

Golden Restaurants, Inc., et al.

*Defendant*

)
)
)
)
)
)
)

Civil Action No.  3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sun Holdings, LLC **Inc** .
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **3-7-16**



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sun Holdings Inc

was received by me on *(date)*          3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*     3/9/16 10:50 am     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:          3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

_____
*Plaintiff*

v.                                          Civil Action No.  3:16-cv-0209-K

Golden Restaurants, Inc., et al.

_____
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Golden Restaurants, Inc.
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _3-7-16_

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Golden Restaurants Inc

was received by me on *(date)*          3/8/16

☐ I personally served the summons on the individual at *(place)* _____

_____                                          on *(date)* _____          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____                                    , a person of suitable age and discretion who resides there,

on *(date)* _____                 , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*                    Diana Rivera                    , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*     3/9/16 10:50 am     ; or

☐ I returned the summons unexecuted because _____                                          ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date:     3/9/16

_____
*Server's signature*

Gary Hodges; Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  ADL Investments,LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  3-7-16

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ADL Investments LLC

was received by me on *(date)*　　　　3/6/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*　　　　Diana Rivera　　　　, who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027　　on *(date)*　　3/9/16 10:50 am　　; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $　0.00

I declare under penalty of perjury that this information is true.

Date: _____3/9/16_____

　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　Gary Hodges; Process Server; SCH10081 Exp 12/31/18
　　　　　　　　　　　　　　*Printed name and title*
　　　　　　　　　　　　　P.O. Box 941193
　　　　　　　　　　　　　Houston, TX 77094

　　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Corral Group, LP
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corral Group LP

was received by me on *(date)*    3/8/16

☐ I personally served the summons on the individual at *(place)*

                                 on *(date)*          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                             , a person of suitable age and discretion who resides there,

on *(date)*                 , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*        Diana Rivera        , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027     on *(date)*    3/9/16 10:50 am  ; or

☐ I returned the summons unexecuted because                         ; or

☐ Other *(specify):*

My fees are $        for travel and $        for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:    3/9/16

                                       *Server's signature*

                          Gary Hodges: Process Server; SCH10081 Exp 12/31/18
                                    *Printed name and title*
                                      P.O. Box 941193
                                      Houston, TX 77094

                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

_____
*Plaintiff*

v.

Golden Restaurants, Inc., et al.

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.  3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Denar Restaurants, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: _3-7-16_

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Denar Restaurants LLC

was received by me on *(date)*          3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:          3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Oklahoma Pop Restaurants, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oklahoma Pop Restaurants LLC

was received by me on *(date)*          3/8/16

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027 _____ on *(date)*   3/9/16 10:50 am   ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: ____3/9/16____

                                    *Server's signature*

          Gary Hodges: Process Server; SCH10081 Exp 12/31/18
                        *Printed name and title*
                        P.O. Box 941193
                        Houston, TX 77094

                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

)
)
)
)
)
)
)

*Plaintiff*

v.

Golden Restaurants, Inc., et al.

*Defendant*

Civil Action No.  3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DFW Pop Restaurants, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DFW Pop Restaurants LLC

was received by me on *(date)*          3/8/16

    ◻ I personally served the summons on the individual at *(place)*

    _____ on *(date)* _____ ; or

    ◻ I left the summons at the individual's residence or usual place of abode with *(name)*

    _____ , a person of suitable age and discretion who resides there,

    on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

    designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

    4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*     3/9/16 10:50 am     ; or

    ◻ I returned the summons unexecuted because _____ ; or

    ◻ Other *(specify):*

    My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     3/9/16

                                   *Server's signature*

                  Gary Hodges: Process Server; SCH10081 Exp 12/31/18
                                *Printed name and title*
                                    P.O. Box 941193
                                    Houston, TX 77094

                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) Civil Action No. 3:16-cv-0209-K |
| v. | ) |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ DFW Pop, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 3-7-16

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DFW Pop LLC

was received by me on *(date)*          3/8/16

⬜ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

⬜ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*    3/9/16 10:50 am    ; or

⬜ I returned the summons unexecuted because _____ ; or

⬜ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: _____3/9/16_____

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FAC Corral, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  *3-7-16*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  FAC Corral LLC

was received by me on *(date)*        3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*        Diana Rivera        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027        on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date: _____3/9/16_____

_____
Server's signature

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

Evanston Insurance Company, et al.

*Plaintiff*

v.

Golden Restaurants, Inc., et al.

*Defendant*

Civil Action No. 3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kansas Corral, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kansas Corral LLC

was received by me on *(date)*        3/8/16       .

⬜ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

⬜ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*                Diana Rivera                  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027           on *(date)*     3/9/16 10:50 am    ; or

⬜ I returned the summons unexecuted because _____ ; or

⬜ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

. I declare under penalty of perjury that this information is true.

Date:        3/9/16       .              _____
                                                    *Server's signature*

                                        Gary Hodges: Process Server; SCH10081 Exp 12/31/18
                                        _____
                                                    *Printed name and title*
                                                    P.O. Box 941193
                                                    Houston, TX 77094

                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pop Investments, LP
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3-7-16

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pop Investments LP

was received by me on *(date)*            3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*                Diana Rivera                , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:      3/9/16

*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.  3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sunny Corral Management, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  *3-7-16*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sunny Coral Management LLC

was received by me on *(date)*        3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*        Diana Rivera        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027 _____ on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:     3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. <br><br> *Plaintiff* <br><br> v. <br><br> Golden Restaurants, Inc., et al. <br><br> *Defendant* | ) ) ) ) ) ) ) |

Civil Action No. 3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sarape, LP
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: *3-7-16*

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sarape LP

was received by me on *(date)*    3/8/16

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

. on *(date)* _____  , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*                    Diana Rivera                    , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027        on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____  for travel and $ _____      for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    3/9/16

_____
Server's signature

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No.  3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corral Holdings, LLC
Registered Agent Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  *3-7-16*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Corral Holdings LLC

was received by me on *(date)*  •  3/8/16

◻ I personally served the summons on the individual at *(place)*

_____   _____  on *(date)* _____  ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____  , a person of suitable age and discretion who resides there,

on *(date)* _____  , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Diana Rivera  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027  on *(date)*  3/9/16 10:50 am  ; or

◻ I returned the summons unexecuted because _____  ; or

◻ Other *(specify):*

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  3/9/16 _____

_____
*Server's signature*

Gary Hodges: Process Server, SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al. )
                         )
_____ )
*Plaintiff* )
                         )
v. )    Civil Action No.  3:16-cv-0209-K
                         )
Golden Restaurants, Inc., et al. )
                         )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* POP Resources, LLC
                                   Registered Agent, Corporate Creations Network Inc.
                                   4265 San Felipe St., #1100
                                   Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
                                     Tollefson Bradley Mitchell & Melendi, LLP
                                     2811 McKinney Ave., Suite 250
                                     Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                       *CLERK OF COURT*

Date:    *3-7-16*

                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  POP Resources LLC

was received by me on *(date)*        3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*        Diana Rivera        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027        on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:        3/9/16

_____
*Server's Signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

Evanston Insurance Company, et al. )
)
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 3:16-cv-0209-K
)
Golden Restaurants, Inc., et al. )
)
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pop Restaurants, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pop Restaurants LLC

was received by me on *(date)*          3/8/16

□ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*     3/9/16 10:50 am    ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date:      3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

_____
*Plaintiff*

v.

Golden Restaurants, Inc., et al.

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.  3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AGP Management, LLC
Registered Agent Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 3-7-16 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  AGP Management LLC

was received by me on *(date)*         3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: ⠀⠀ 3/9/16

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ *Server's Signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Frisco 5 Ventures, LP
Registered Agent Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date: __3-7-16__                                        _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frisco 5 Ventures LP

was received by me on *(date)* 3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diana Rivera , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027 on *(date)* 3/9/16 10:50 am ; or

☐ I returned the summons unexecuted because _____ ; or.

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.
)
)
*Plaintiff*
)
)
v.
)    Civil Action No.    3:16-cv-0209-K
)
Golden Restaurants, Inc., et al.
)
)
*Defendant*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Denton Loop 288, LP
Registered Agent Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:    3-7-16

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Denton Loop 288 LP

was received by me on *(date)*          3/8/16

◻ I personally served the summons on the individual at *(place)*

_____ . on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*   3/9/16 10:50 am   ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:       3/9/16

*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094


*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sunco Builders, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __3-7-16__

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sunco Builders LLC

was received by me on *(date)*              3/8/16

□  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*              Diana Rivera              , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027        on *(date)*      3/9/16 10:50 am     ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00


I declare under penalty of perjury that this information is true.

Date:        3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193·
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

)
)
)

*Plaintiff*

)

v.

)

Civil Action No. 3:16-cv-0209-K

Golden Restaurants, Inc., et al.

)
)
)

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Forest Lane Realty, LP
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _3-7-16_

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Forest Lane Realty LP

was received by me on *(date)*            3/8/16

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

✓ I served the summons on *(name of individual)*            Diana Rivera            , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027            on *(date)*    3/9/16 10:50 am    ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____        for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:        3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| _____ | ) |
| _Plaintiff_ | ) |
| v. | )     Civil Action No.   3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| _____ | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Apple Concessions, LLC
                                             Registered Agent, Corporate Creations Network Inc.
                                             4265 San Felipe St., #1100
                                             Houston, Texas 77027

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron L. Mitchell
                                              Tollefson Bradley Mitchell & Melendi, LLP
                                              2811 McKinney Ave., Suite 250
                                              Dallas, Texas 75204

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   3-7-16                                                        
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Apple Concessions LLC

was received by me on *(date)*            3/8/16

☐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*            Diana Rivera            , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027            on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because                          ; or

☐ Other *(specify):*

My fees are $            for travel and $            for services, for a total of $            0.00

I declare under penalty of perjury that this information is true.

Date:            3/9/16

*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

_____
*Plaintiff*

v.

Golden Restaurants, Inc., et al.

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.  3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colorado Long Term Holdings, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___3-7-16___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Colorado Long Term Holdings LLC

was received by me on *(date)*          3/8/16          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____
                                     , a person of suitable age and discretion who resides there,

on *(date)* _____              , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*                    Diana Rivera                    , who is
designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027         on *(date)*     3/9/16 10:50 am     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .


I declare under penalty of perjury that this information is true.


Date:      3/9/16
                                                        _____
                                                              *Server's signature*

                                          Gary Hodges: Process Server; SCH10081 Exp 12/31/18
                                                          *Printed name and title*
                                                            P.O. Box 941193
                                                            Houston, TX 77094

                                                        _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LADA Investments, LLC
           Registered Agent, Corporate Creations Network Inc.
           4265 San Felipe St., #1100
           Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
                                      Tollefson Bradley Mitchell & Melendi, LLP
                                      2811 McKinney Ave., Suite 250
                                      Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



                             CLERK OF COURT

Date:   3-7-16

                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   LADA Investments LLC

was received by me on *(date)*        3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*                Diana Rivera                , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027            on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:      3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Metro A, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Metro A LLC

was received by me on *(date)*          3/8/16

   ☐ I personally served the summons on the individual at *(place)*

                                              on *(date)*                     ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                  , a person of suitable age and discretion who resides there,

   on *(date)*                     , and mailed a copy to the individual's last known address; or

   ☑ I served the summons on *(name of individual)*                     Diana Rivera                     , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027            on *(date)*      3/9/16 10:50 am      ; or

   ☐ I returned the summons unexecuted because                                              ; or

   ☐ Other *(specify)*:


My fees are $            for travel and $            for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:      3/9/16

                                             *Server's signature*

               Gary Hodges: Process Server; SCH10081 Exp 12/31/18
                             *Printed name and title*
                                P.O. Box 941193
                              Houston, TX 77094


                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.                )
                                                   )
_____                    )
            *Plaintiff*                            )
                                                   )
            v.                                      )      Civil Action No.  3:16-cv-0209-K
                                                   )
Golden Restaurants, Inc., et al.                   )
                                                   )
_____                    )
            *Defendant*                            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fritz Management, LLC
                                       Registered Agent, Corporate Creations Network Inc.
                                       4265 San Felipe St., #1100
                                       Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Aaron L. Mitchell
                                       Tollefson Bradley Mitchell & Melendi, LLP
                                       2811 McKinney Ave., Suite 250
                                       Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___3-7-16___



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fritz Management LLC

was received by me on *(date)*          3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*     3/9/16 10:50 am     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ · for travel and $ _____          for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:     3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Silver Vending, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _3-7-16_

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Silver Vending LLC

was received by me on *(date)*        3/8/16

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*        Diana Rivera        , who is

designated by law to accept service of process on behalf of *(name of organization)*   Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027        on *(date)*    3/9/16 10:50 am    ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


· My fees are $ _____ for travel and $ _____ . for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:        3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GP Mobile, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 3-7-16

_____
*Signature of Clerk or Deputy Clerk*

AO 440-(Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GP Mobile LLC

was received by me on *(date)* 3/8/16 .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diana Rivera , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027 on *(date)* 3/9/16 10:50 am ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/9/16

*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

*Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

*Plaintiff*

v.

Golden Restaurants, Inc., et al.

*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mucho Pizza Texas, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: *3-7-16*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mucho Pizza Texas LLC

was received by me on *(date)*     3/8/16

☐ I personally served the summons on the individual at *(place)*

        on *(date)*         ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

        , a person of suitable age and discretion who resides there,

on *(date)*         , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Diana Rivera     , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027     on *(date)*    3/9/16 10:50 am   ; or

☐ I returned the summons unexecuted because         ; or

☐ Other *(specify):*

My fees are $        for travel and $        for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:     3/9/16

                *Server's signature*

           Gary Hodges; Process Server; SCH10081 Exp 12/31/18
                 *Printed name and title*
                 P.O. Box 941193
                 Houston, TX 77094

                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al. )
)
_____ )
*Plaintiff* )
)
v. )  Civil Action No.  3:16-cv-0209-K
)
Golden Restaurants, Inc., et al. )
)
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mucho Pizza, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: ___3-7-16___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mucho Pizza LLC

was received by me on *(date)*  3/8/16  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Diana Rivera  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027  on *(date)*  3/9/16 10:50 am  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  3/9/16

_____
*Server's signature*

Gary Hodges: Process Server, SCH10081 Exp 12/31/18
*Printed name and title*

· P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

)
)
*Plaintiff*                                    )
)
v.                                             )      Civil Action No.  3:16-cv-0209-K
)
Golden Restaurants, Inc., et al.              )
)
*Defendant*                                    )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Taco Supremo Management, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3-7-16

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:16-cv-0209-K

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Taco Supremo Management LLC

was received by me on *(date)*   3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Diana Rivera   , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027   on *(date)*   3/9/16 10:50 am   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____3/9/16_____

_____
Server's signature

Gary Hodges: Process Server, SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 3:16-cv-0209-K |
| | ) |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Taco Supremo, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Taco Supremo LLC

was received by me on *(date)*          3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)* 3/9/16 10:50 am  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:          3/9/16

_____
*Server's Signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| Evanston Insurance Company, et al. | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Superior Restaurant Management of Glen Rose, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Superior Restaurant Management of Glen Rose LLC

was received by me on *(date)*          3/8/16          .

⊓ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*   3/9/16 10:50 am   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____  for travel and $ _____  for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____3/9/16_____

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.                )
                                                  )
_____          )
                 *Plaintiff*                      )
                                                  )
                 v.                               )     Civil Action No.   3:16-cv-0209-K
                                                  )
Golden Restaurants, Inc., et al.                  )
                                                  )
_____          )
                 *Defendant*                      )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CG Management, LLC
                                      Registered Agent Corporate Creations Network Inc.
                                      4265 San Felipe St., #1100
                                      Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aaron L. Mitchell
                                      Tollefson Bradley Mitchell & Melendi, LLP
                                      2811 McKinney Ave., Suite 250
                                      Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3-7-16
                                      _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CG Management LLC

was received by me on *(date)*　　　3/8/16

　　☐ I personally served the summons on the individual at *(place)*

　　　　　　　　　　　　　　　　　　　　　　　　on *(date)*　　　　　　　　; or

　　☐ I left the summons at the individual's residence or usual place of abode with *(name)*

　　　　　　　　　　　　　　　, a person of suitable age and discretion who resides there,

　　on *(date)*　　　　　　　, and mailed a copy to the individual's last known address; or

　　☑ I served the summons on *(name of individual)*　　　　　Diana Rivera　　　　　, who is

　　designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

　　4265 San Felipe St. #1100, Houston, TX 77027　　　　on *(date)*　　3/9/16 10:50 am　; or

　　☐ I returned the summons unexecuted because　　　　　　　　　　　　　　　　; or

　　☐ Other *(specify):*


　　My fees are $　　　　　for travel and $　　　　　for services, for a total of $　　0.00

I declare under penalty of perjury that this information is true.

Date:　　3/9/16

　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　Gary Hodges: Process Server; SCH10081 Exp 12/31/18
　　　　　　　　　　　　　　· *Printed name and title*
　　　　　　　　　　　　　　　P.O. Box 941193
　　　　　　　　　　　　　　　Houston, TX 77094


　　　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

Evanston Insurance Company, et al.

)
)
)

*Plaintiff*

)

v.

)

Civil Action No.   3:16-cv-0209-K

Golden Restaurants, Inc., et al.

)
)
)

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida POP, LLC
Registered Agent Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _3-7-16_

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Florida POP LLC

was received by me on *(date)* 3/8/16 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diana Rivera , who is

designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027 on *(date)* 3/9/16 10:50 am ; or

☐ I returned the summons unexecuted because _____ ; or

· ☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: · 3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )    Civil Action No.   3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Firebrand Management, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _3-7-16_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Firebrand Management LLC

was received by me on *(date)*     3/8/16

     ☐ I personally served the summons on the individual at *(place)*

                     on *(date)*              ; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                       , a person of suitable age and discretion who resides there,

     on *(date)*              , and mailed a copy to the individual's last known address; or

     ☑ I served the summons on *(name of individual)*         Diana Rivera         , who is

     designated by law to accept service of process on behalf of *(name of organization)* Corporate Creations Network Inc

     4265 San Felipe St. #1100, Houston, TX 77027       on *(date)*    3/9/16 10:50 am    ; or

     ☐ I returned the summons unexecuted because                       ; or

     ☐ Other *(specify):*

My fees are $          for travel and $          for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:     3/9/16

                                  *Server's signature*

             Gary Hodges; Process Server; SCH10081 Exp 12/31/18

                        *Printed name and title*

                        P.O. Box 941193
                        Houston, TX 77094

                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

)
)
)

*Plaintiff*

)

v.

)

Golden Restaurants, Inc., et al.

)
)
)

Civil Action No. 3:16-cv-0209-K

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GPGP, LLC
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  _3-7-16_

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   GPGP LLC

was received by me on *(date)*   3/8/16

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Diana Rivera   , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027   on *(date)*   3/9/16 10:50 am   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Evanston Insurance Company, et al. | )<br>)<br>) |
| _Plaintiff_ | ) |
| v. | )   Civil Action No.  3:16-cv-0209-K |
| Golden Restaurants, Inc., et al. | )<br>) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Denar, LLC
      Registered Agent, Corporate Creations Network Inc.
      4265 San Felipe St., #1100
      Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron L. Mitchell
      Tollefson Bradley Mitchell & Melendi, LLP
      2811 McKinney Ave., Suite 250
      Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   _3-7-16_

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:16-cv-0209-K

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Denar LLC

was received by me on *(date)*          3/8/16

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)*        .          ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Diana Rivera          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027          on *(date)*     3/9/16 10:50 am   ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:          3/9/16

_____
*Server's signature*

Gary Hodges: Process Server; SCH10081 Exp 12/31/18
*Printed name and title*

P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Evanston Insurance Company, et al.

|                          |   |
|--------------------------|---|
| *Plaintiff*              | ) |
| v.                       | ) |
| Golden Restaurants, Inc., et al. | ) |
| *Defendant*              | ) |

Civil Action No.  3:16-cv-0209-K

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pop Holdings, LP
Registered Agent, Corporate Creations Network Inc.
4265 San Felipe St., #1100
Houston, Texas 77027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Aaron L. Mitchell
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Ave., Suite 250
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  3-7-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-0209-K

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pop Holdings LP

was received by me on *(date)*  3/8/16

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Diana Rivera    , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporate Creations Network Inc

4265 San Felipe St. #1100, Houston, TX 77027    on *(date)*    3/9/16 10:50 am    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:    3/9/16

_____
*Server's signature*

Gary Hodges; Process Server; SCH10081 Exp 12/31/18
*Printed name and title*
P.O. Box 941193
Houston, TX 77094

_____
*Server's address*

Additional information regarding attempted service, etc:

## Kendra M. Greig

| | |
|---|---|
| **From:** | Frank Rodriguez [FrankRodriguez@corpcreations.com] |
| **Sent:** | Tuesday, February 10, 2015 9:50 PM |
| **To:** | Kendra Greig |
| **Cc:** | Katty Mendoza |
| **Subject:** | Texas authorization to accept documents |

To: Kendra Greig

You and all other staff at 4265 San Felipe #1100, Houston, TX 77027, are authorized and instructed to accept all documents and mail on behalf of Corporate Creations. This authorization includes signing on behalf of Corporate Creations to accept documents delivered by anyone. Please show this email to anyone who questions whether you have authorization to accept documents or mail on behalf of Corporate Creations.

If anyone attempts to deliver documents that fail to mention Corporate Creations, please send an email to me with the name and phone number of the person who attempted the delivery.

Frank A. Rodriguez
Corporate Creations Network Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, Florida 33410
(561) 694-8107

*Diana Rivera*
*10.50 am   3/9/16*

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5645 / Virus Database: 4284/9096 - Release Date: 02/11/15

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5645 / Virus Database: 4284/9096 - Release Date: 02/11/15

1